No. 93–8946. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8947. FIERRO-GAXIOLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8948. HESTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8949. FRUSHON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8952. HARRIS *v.* UNITED STATES; and
No. 93–8963. HARRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8953. KLIMAS *v.* DEPARTMENT OF THE TREASURY. C. A. 9th Cir. Certiorari denied.

No. 93–8955. WEST *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8960. REYNOLDS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 19 F. 3d 1444.

No. 93–8961. WARNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8964. VALDES-PUIG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8965. VALENCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8966. HAYNES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8969. NETTERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8971. MONTALVO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8973. MAYFIELD *v.* MICHIGAN BOARD OF LAW EXAMINERS ET AL. C. A. 6th Cir. Certiorari denied.